# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2007

133061

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

AMERISURE, INC.,
　　　　　Plaintiff/Counter-Defendant-
　　　　　Appellee,

v

ANTHONY STEVEN BRENNAN,
　　　　　Defendant/Cross-Defendant-
　　　　　Appellee,

and

CORPORATE AUTO RESOURCE
SPECIALISTS, a/k/a KEN TOMPOR AUTO
BROKER and LEASING LTD.,
　　　　　Defendant-Appellant,

and

ALLMERICA FINANCIAL CORPORATION and
CITIZENS INSURANCE COMPANY OF
AMERICA,
　　　　　Defendants/Counter-Plaintiffs/
　　　　　Cross-Plaintiffs-Appellees,

and

PAUL SCHOENEMANN,
　　　　　Intervening Plaintiff-Appellee.

SC: 133061
COA: 270736
Oakland CC: 04-062577-CK

_____/

　　　　On order of the Court, the application for leave to appeal the December 19, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2007

_____
Clerk

p0914